1  AARON H. COLE, CA Bar No. 236655
   aaron.cole@ogletree.com
2  SONA P. PATEL, CA Bar No. 334044
   sona.patel@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:  213-239-9045
6
7  Attorneys for Defendants
   SEA WORLD LLC and SEAWORLD
   PARKS & ENTERTAINMENT, INC.
8

9            **UNITED STATES DISTRICT COURT**

10           **SOUTHERN DISTRICT OF CALIFORNIA**

11 STEVEN JOSEPH, an individual, on        Case No. 3:24-cv-01937 AJB SBC
   behalf of himself and all persons
12 similarly situated,                     **JOINT MOTION REGARDING**
                                           **DEFENDANTS' REQUEST TO**
13              Plaintiff,                  **CONTINUE EARLY NEUTRAL**
                                           **EVALUATION AND CASE**
14        v.                               **MANAGEMENT CONFERENCE**

15 SEA WORLD LLC, a Limited Liability
16 Company; SEAWORLD PARKS &
   ENTERTAINMENT, INC., a                  Date:       January 8, 2025
17 Corporation; and DOES 1 to 100,         Time:       10:00 A.M.
   inclusive,                              Place:      Courtroom 4A
18
                Defendants.
19                                         Removal Date:    October 18, 2024
                                           Complaint Filed: September 16, 2024
20                                         Trial Date:      None
                                           District Judge:  Anthony J. Battaglia
21                                                          Courtroom 4A, San
                                                            Diego
22                                         Magistrate Judge:Steve B. Chu
                                                            Courtroom 13B, San
23                                                          Diego
24
25
26
27
28

                                 1

Pursuant to Local Rule 7.2 and Chamber Rule 5, Defendant Sea World, LLC and SeaWorld Park and Entertainment, Inc. ("Defendants") and Plaintiff Steven Joseph's (Plaintiff) jointly requests a continuance of the Early Neutral Evaluation and Case Management Conference as follows.

Good cause exists for the continuance of the Early Neutral Evaluation and Case Management Conference for the following reasons:

On October 18, 2024, Defendants removed the instant putative class action to this Court pursuant to the Class Action Fairness Act (CAFA) (ECF 1). On November 15, 2024, Plaintiff filed his Motion to Remand (ECF 13), which was opposed by Defendants on December 2, 2024 (ECF 15). The hearing on Plaintiff's motion is scheduled for March 17, 2025 (ECF 14). If the Court denies Plaintiff's remand motion and the action remains in this Court, Defendants will move to compel arbitration of Plaintiff's individual claims, and for dismissal of the putative class claims. Moreover, as stated in Defendants' Notice of Removal, Plaintiff's putative class claims – even if they were not precluded by Plaintiff's arbitration agreement with Defendants – comprise ten (10) separate causes of action on behalf of over nine thousand (9,000) current and former employees (through September 2024). Given the size and scope of these putative class claims, the lack of any formal or informal discovery to support a settlement of such class claims, and the pending and anticipated disputes between the parties concerning the Court's jurisdiction to hear these class claims, the parties will not be positioned to engage in rational or meaningful settlement discussions on January 9, 2025. In the interests of economy and the conservation of resources, Defendants respectfully request that the Court continue the ENE at least until after the dispute over Defendants' removal of this action under CAFA is resolved.  Plaintiff does not oppose this motion.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: December 31, 2024        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Aaron H. Cole
Aaron H. Cole
aaron.cole@ogletree.com
Sona P. Patel
sona.patel@ogletree.com

Attorneys for Defendants
SEA WORLD LLC and SEAWORLD PARKS & ENTERTAINMENT, INC.

DATED: December 31, 2024        BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP


By: /s/ Sergio J. Puche[1]
Sergio J. Puche
Attorneys for Plaintiff

---

[1] The filer attests that the signatory listed above concurs in the content of this document and has authorized its filing.

JOINT MOTION REGARDING DEFENDANTS' REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE